In the Matter of the Claim of HENRIETTA MOHR, Respondent, against WIEBUSCH & HILGER, LTD., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1936; decided December 1, 1936.)

656

*Charles P. Barre* for appellants.

*Milton Gould* and *Charles Landesman* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.